NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000088
06-AUG-2015
08:31 AM

NO. CAAP-15-0000088

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
MANUEL GONZALEZ SAN JUAN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 03-1-1608)

ORDER GRANTING THE JULY 15, 2015 MOTION FOR DISMISSAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Motion for Dismissal," filed by Defendant-Appellant Manuel G. San Juan (**Appellant**), on July 15, 2015, and the record, and noting no opposition, it appears that the Appellant seeks to dismiss the appeal.

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, August 6, 2015.

Chief Judge

Associate Judge

Associate Judge